| | |
|---|---|
| 1 | Matthew A. Silverman (018919) |
| 2 | Jessica R. Kenney (026615) |
| | **McCarthy ◆ Holthus ◆ Levine** |
| 3 | 3636 North Central Avenue |
| | Suite 1050 |
| 4 | Phoenix, AZ  85012 |
| 5 | (602) 230-8726 |
| 6 | Attorneys for Movant, |
| 7 | Wells Fargo Bank, N.A., as Trustee for the Certificateholders of  Soundview Home Loan Trust 2007-OPT5, Asset-Backed Certificates, Series 2007-OPT5, its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

TUCSON DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under |
| | ) | Chapter 11 |
| Manuel H. Vega, | ) | |
| Anel G. Vega, | ) | |
| | ) | Case No. 4:09-bk-28890-EWH |
| Debtors. | ) | |
| | ) | |
| Wells Fargo Bank, N.A., as Trustee for the | ) | **PROOF OF SERVICE OF NOTICE** |
| Certificateholders of  Soundview Home Loan | ) | **SETTING PRELIMINARY HEARING ON** |
| Trust 2007-OPT5, Asset-Backed Certificates, | ) | **MOTION FOR RELIEF FROM** |
| Series 2007-OPT5, its successors and/or | ) | **AUTOMATIC STAY** |
| assigns, | ) | |
| | ) | |
| Movant, | ) | **Date:   April 8, 2010** |
| | ) | **Time:  2:00 P.M.** |
| vs. | ) | **Ctrm:   446** |
| | ) | **Place: 38 South Scott Avenue,** |
| Manuel H. Vega and Anel G. Vega, | ) |           **Tucson, AZ 85701** |
| Debtors. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

///

1

File No. AZ-10-20480/Case No. 4:09-bk-28890-EWH
Proof of Service of Notice Setting Preliminary Hearing

| | |
|---|---|
| 1 | On 3/9/2010, I served the foregoing documents described as **NOTICE SETTING** |
| 2 | **PRELIMINARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY** on |
| 3 | the following individuals by electronic means through the Court's ECF program: |

COUNSEL FOR DEBTORS
Eric Slocum Sparks
eric@ericslocumsparkspc.com

COUNSEL FOR U.S. TRUSTEE
Christopher J Pattock
Christopher.J.Pattock@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                           /s/ Darco Turcu
                                           Darco Turcu

On 3/9/2010, I served the foregoing documents described as **NOTICE SETTING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

COUNSEL FOR DEBTORS
Eric Slocum Sparks
Eric Slocum Sparks PC
110 S. Church Ave #2270
Tucson, AZ 85701

DEBTORS
Manuel H Vega
6907 South Copper Run Avenue
Tucson, AZ 85706

Anel G Vega
6907 South Copper Run Avenue
Tucson, AZ 85756

///

///

| | |
|---|---|
| 1 | UNITED STATES TRUSTEE |
| 2 | Office of the U.S. Trustee |
| | 230 North First Avenue |
| 3 | Suite 204 |
| 4 | Phoenix, AZ 85003-1706 |
| 5 | SPECIAL NOTICE |
| | GMAC Mortgage, LLC |
| 6 | Pite Duncan, LLP |
| 7 | 4375 Jutland Drive #200 |
| | PO Box 17933 |
| 8 | San Diego, CA 92177-0933 |
| 9 | Home Depot |
| 10 | P.O. Box 6029 |
| | The Lakes, NV 88901 |
| 11 | |
| 12 | Wells Fargo Bank |
| | PO Box 5445 |
| 13 | Portland, OR 97208 |
| 14 | Pima County |
| 15 | Pima County Attorney's Office, Civil Division |
| | 32 North Stone Avenue Suite 2100 |
| 16 | Tucson, AZ 85701 |
| 17 | Discover Fin Svcs LLC |
| 18 | PO Box 15316 |
| | Wilmington, DE 19850 |
| 19 | |
| 20 | Citibank |
| | Attn: Centralized Bankruptcy |
| 21 | P.O. Box 20507 |
| 22 | Kansas City, MO 64195 |
| 23 | Bank of America |
| | Attn: Managing Agent |
| 24 | PO Box 17309 |
| 25 | Baltimore, MD 21297-1309 |
| 26 | American Express |
| | Attn: Managing Agent |
| 27 | PO Box 0001 |
| 28 | Los Angeles, CA 90096-8000 |
| 29 | /// |

3

File No. AZ-10-20480/Case No. 4:09-bk-28890-EWH
Proof of Service of Notice Setting Preliminary Hearing

| | |
|---|---|
| 1 | Attn: Compass Bank (Secured) Department |
| 2 | Ascension Capital Group, Inc. |
| | P.O. Box 201347 |
| 3 | Arlington, TX 76006 |
| 4 | |
| | Chase |
| 5 | Card Member Services |
| | P.O. Box 15298 |
| 6 | Wilmington, DE 19850-5298 |
| 7 | |
| | Dillards |
| 8 | P.O. Box 960012 |
| | Orlando, FL 32896-0012 |
| 9 | |
| 10 | Lowes/ MBGA |
| | Attn: Bankruptcy Department |
| 11 | P.O. Box 103106 |
| | Roswell, GA 30076 |
| 12 | |
| 13 | Bank of America |
| | P.O. Box 17054 |
| 14 | Wilmington, DE 19850 |
| 15 | |
| | Gemb/Dillard |
| 16 | PO Box 981439 |
| | El Paso, TX 79998 |
| 17 | |
| 18 | American Express Bank FSB |
| | Becket and Lee |
| 19 | P.O. Box 3001 |
| | Malvern, PA 19355 |
| 20 | |
| 21 | BAC Home Loans Servicing, LP |
| | Polk, Prober and Raphael |
| 22 | 20750 Ventura Blvd. #100 |
| | Woodland Hills, CA 91364 |
| 23 | |
| 24 | AT & T Universal Card |
| | P.O. Box 6940 |
| 25 | The Lakes, NV 88901 |
| 26 | |
| | /// |
| 27 | |
| | /// |
| 28 | |
| | /// |
| 29 | |

| | |
|---|---|
| 1 | Cach LLC |
| 2 | Attn: Bankruptcy Department |
|   | 4340 South Monaco St., 2nd Floor |
| 3 | Denver, CO 80237 |
| 4 | Card Member Services |
| 5 | P.O. Box 94014 |
|   | Palatine, IL 60094 |
| 6 | |
| 7 | Compass Bank |
|   | Attn: Bankruptcy |
| 8 | Po Box 10566 |
|   | Birmingham, AL 35296 |
| 9 | |
| 10 | Surety Acceptance |
|   | 6440 E Broadway Blvd |
| 11 | Tucson, AZ 85710 |
| 12 | |
|   | UNVL/CITI |
| 13 | Attn.: Centralized Bankruptcy |
|   | Po Box 20507 |
| 14 | Kansas City, MO 64195 |
| 15 | |
|   | OneWest Bank, FSB |
| 16 | McCarthy & Holthus & Levine |
|   | 3636 North Central Avenue, Suite 1050 |
| 17 | Phoenix, AZ 85012 |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ David Fry
David Fry